receipt # 11090349
$ 121.91

TO: CLERK

FROM: THOMAS A. DOREY, PO Box 247, Lakewood, N.Y. 14750

DATE: 7-30-10

CASE: Thomas S. Yusczyk

Betty Jo Yusczyk

DOCKET #: 05-92776

Enclosed please find:

( ) Chambers Copy of Motion

( ) Proposed Order

( ) Checks under $5.00

(✓) Other  Check issued not cashed

P/c 4 M&T Bank
POB 767
Buffalo, N.Y. 14240

$121.91



FILED
AUG 03 2010
BANKRUPTCY COURT
BUFFALO, N.Y.